**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1791

JOHN KLAR,

        Plaintiff - Appellant,

    and

MARCY KLAR,

        Plaintiff,

    v.

SETERUS, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (2:13-cv-00462-JAG)

Submitted: December 18, 2014    Decided: December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Klar, Appellant Pro Se. Terry Catherine Frank, KAUFMAN & CANOLES, PC, Richmond, Virginia, Christy Lee Murphy, KAUFMAN & CANOLES, PC, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Klar appeals the district court's orders dismissing his civil action with prejudice after he failed to comply with a scheduling order and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Klar v. Seterus, Inc., No. 3:13-cv-00462-JAG (E.D. Va. July 8, 2014; Aug. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED